

**ORDERED in the Southern District of Florida on July 30, 2018.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                          Case No. 18-12337-JKO

MARIO DAVIS,                                          Chapter 7

       Debtor.

_____/

### FINAL JUDGMENT OF NON-DISCHARGEABILITY
### OF DEBT AGAINST DEBTOR, MARIO DAVIS

THIS MATTER came before the Court for hearing on July 18, 2018 at 1:30 p.m. upon

Gerber Life Insurance Company's *Agreed Ex Parte Motion for Entry of a Consent Final*

*Judgment of Non-Dischargeability of Debt against Debtor* (the "Motion") (ECF No. 33).  The

Court having considered the Motion and the court file, does hereby **ORDER and ADJUDGE** as

follows:

1.     Gerber Life Insurance Company whose address is c/o Robert Lodewick, Vice President & Special Legal Advisor, Gerber Life Insurance Company, 1311 Mamaroneck Avenue, White Plains, New York, 10605, shall recover from Debtor, Mario Davis, whose last known address is 4701 SW 73rd Avenue, Davie, Florida 33314, the total amount of the non-dischargeable Judgment Debt[1] for which sum let execution issue.

2.     The Judgment Debt arising from the Final Judgment[2] issued in the state court case styled *Gerber Life Insurance Company v. Mario Davis*, Case No. CACE-17-010453, pending before the Circuit Court for the 17th Judicial Circuit in and for Broward County, Florida, owed by Debtor, Mario Davis, to Judgment Creditor, Gerber Life Insurance Company, shall be exempted from discharge under 11 U.S.C. §§ 523(a)(2)(A), (a)(4), and (a)(6).

3.     The Court shall retain jurisdiction for entry of any and all further orders and judgments as may be necessary and proper to enforce this judgment, including the issuance of post-judgment writs.

# # #

**Submitted by:**
Catherine D. Kretzschmar, Esq.
Florida Bar No.:  0085843
catherine.kretzschmar@akerman.com
**AKERMAN LLP**
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301-2999
Tel:  954-463-2700 /Fax:  954-463-2224

Copies furnished to:
Catherine D. Kretzschmar, Esq.
*[Attorney Kretzschmar is directed to mail a conformed copy of this Judgment to all interested parties immediately upon receipt of this Judgment and shall file a certificate of service with the Clerk of the Court.]*

---

[1]     The total amount of the Judgment Debt as of Petition Date is $33,449.60. This includes $33,000 in principal and $449.60 in interest. The Judgment Debt continues to bear interest at the legal rate of interest fixed by the comptroller of the State of Florida pursuant to Chapter 55, Florida Statutes, which rate is 5.97% as of July 1, 2018.

[2]     All capitalized terns, unless otherwise herein defined, shall take on the meaning ascribed to them in the Motion.

45558601;1